UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CESAR E. HERRERA,
a/k/a Cesar Herrera,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, August 3, 2007,** and responses to these motions shall be filed by **Monday, August 13, 2007.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, August 24, 2007, at 2:00 p.m., in courtroom A-1002** It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, September 4, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: July 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge