IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00169-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. CESAR E. HERRERA, a/k/a Cesar Herrera,

       Defendant.

**ORDER**

THIS MATTER coming before the Court upon motion of the government to dismiss Count 3 of the Indictment in the above-entitled case, and the Court having considered the same, it is hereby

ORDERED that Count 3 of the Indictment in the above-captioned case is dismissed.

Dated this <u>23rd</u> day of May, 2008.

                            BY THE COURT:

                            <u>s/ Wiley Y. Daniel</u>
                            WILEY Y. DANIEL,
                            UNITED STATES DISTRICT JUDGE