UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CESAR E. HERRERA, a/k/a Cesar Herrera,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Tuesday, November 16, 2010, at 3:00 p.m.**

    Dated: September 7, 2010.