UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CESAR E. HERRERA, a/k/a Cesar Herrera,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is re-set in the above-captioned case for **Thursday, December 2, 2010 at 9:00 a.m.**

    Dated: October 18, 2010.