UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CESAR E. HERRERA, a/k/a Cesar Herrera,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Thursday, May 26, 2011 at 9:00 a.m.**

    Dated:  April 27, 2011.