UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00169-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CESAR E. HERRERA, a/k/a Cesar Herrera,

        Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        Due to a scheduling conflict of the Court's calendar, the supervised release
violation hearing set in the above-captioned case for Thursday, May 26, 2011 at 9:00
a.m. is **VACATED.**  The parties are ordered to contact my chambers at 303-844-2170
not later than **Friday, June 3, 2011** in order to reset this hearing.

        Dated:  May 24, 2011