UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00169-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. CESAR E. HERRERA, a/k/a Cesar Herrera,

     Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A supervised release violation hearing is set in the above-captioned case for **Wednesday, June 29, 2011 at 11:00 a.m.**

     Dated:  May 25, 2011